FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~[struck]~~ Missouri

Dustin Lee Layton #22222
Doc ID #1251189
Taney County Jail Po Box #1005
Forsyth, MO 65653

(Full name, prison identification
number and address of the plaintiff)

16-3441-CV-S-RK-P

v.

Civil Action No. _____
(Leave blank on initial filing to be filled in by Court.)

Taney County Jail / Taney
County Correctional Center
Po Box #1005 Forsyth, MO 65653

(Full name and address of the defendant(s))

## COMPLAINT

**I. Previous lawsuits**

  A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

    YES ☐    NO ☒

  B. If you answered YES, describe that case(s) in the spaces below.

    1. Parties to the other case(s):

       Plaintiff: _____

       Defendant(s): _____

1983 Complaint (Rev. 05/2013)     6

Case 6:16-cv-03441-RK   Document 1   Filed 10/25/16   Page 1 of 6

2.  Court (if a federal court name the district; if a state court name the city or county): _____

3.  Case No.: _____

4.  Date filed: _____

5.  Name of judge that handled the case: _____

6.  Disposition (won, dismissed, still pending, on appeal): _____

    _____

7.  Date of disposition: _____

## II. Administrative proceedings

A.  If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

    YES ☒    NO ☐

    1.  If you answered YES:

        a.  What was the result? Filed 3, told they do not cover injury. Then denied injury

        b.  Did you appeal?

            YES ☐    NO ☒

    2.  If you answered NO to either of the questions above, explain why: Do not know how to appeal Jail administrations decision to multiple grievances with out action/appeal papers.

## III. Statement of claim

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

While incarcerated here in Taney County Jail during April 3rd, 2012 - Feb 7th, 2013 I fell and injured my right hip, estamated around July 2012 they (medical staff) gave me "predizone" for 7 days due to doctors orders.

Between Aug 2012 - Feb 2013 I seen Facilities Doctor (N.P.) and she stated I needed "A series of injections and a MRI, However we don't cover that" (Cont. on Spare Paper)

## IV. Relief

(State briefly what you want the Court to do for you.)

Have Facility give/provide me adequate Medical Care and take responsibility for my injury.

SIGNED THIS 21 day of, October, 2016.

(original signature of plaintiff)

Dustin Clayton #22222
Taney County Jail P.o Box #1005
Forsyth, Mo, 65653
(address of plaintiff)

— Cont. From Complaint Form

- Between Aug 2012 - Feb 2013, I filed multiple grievances due to there statment "we do not cover this" stating I was in there care (incarcerated) and I could not just "Go" on my own to the hospital to be treated approfieatlly/adequatlly (sp) and I was in pain (cronic pain). I was told for Cronic pain to buy pain releivers off of Commissionary.

- Upon returning to Taney County Jail in May 11th-12th 2014 I filed a grievance about my still ongoin pain for this same injury and asked for a thicker matE to sleep on. I was told they didnt recongnize my injury and they don't do medical mats and told me to fill out a MSR and see the nurse for $7.00 if I was in pain. I did so, only to be told they have no records of any injury I might have gotten here and "NO" I could not see my medical records due to they belong to Taney County Jail and I'd have to petition the Carts to get them. Medical gave me 5 days of Ibpro. 800mg and charged me $7.00.

- Yet again Upon returning to Taney County Jail in Sept 2016 I filed for my medical records only to be told "no" and they only would be avalible through Court action. I stated to them the injury I recieved in 2012-2013 while

## *Medical Injury while INCarcerated

in there care causes me cronic pain and even effects my sex life (Crystal Austin "Fiance is a witness). I told/Asked for adequate medical attention, I was denied I feel due to they only gave me Ibpro 800mg for 5 days as before and told me if the pain was cronic to buy pain relievers off of commissonary. Also stated they doubt anyone here stated they wouldn't cover injury. Jail Admin refused to give me Federal 1983 form and Federal Forma Pauperis forms, Courts & Public defenders stated Jail Admin were supposed to keep these on Hand. Have 2 request/grievance form on hand stating they need to see federal law/case law saying they have to have them and provide them.

(Fiance) Crystal Rene Austin Printed these forms for me at public Library.

Witnesses on my behalf
- Johnathen Tanner (incarcerated with me 2012-2013)
- Micheal Vincent Myers (incarcerated with me 2012-2013 & 2014)

Witnesses to hindering sex life
- Crystal Rene Austin (Fiance)
17442 Hwy Z
Verona, MO, 65769  (417) 236-6059
Call before 2:30 pm Mon-Sun

Dustin Layton #22222
Taney County Jail
PO Box #1005
Forsyth, MO 65653

RECD OCT 25 2016

SPRINGFIELD MO 658
24 OCT 2016 PM 2 L

Springfield Federal Court (clerk)
222 S. John Q. Hammons BPkwy #1400
Springfield, MO 65806

65806-253022

CORRESPONDENCE
FROM A
CORRECTIONAL FACILITY